Sterling A. Brennan (California State Bar No. 126019)
    E-mail:  sbrennan@wnlaw.com
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
20 Pacifica, Suite 1130
Irvine, California 92618
Telephone:  (949) 242-1900
Facsimile:   (949) 453-1104

Attorney for Plaintiffs 3FORM, INC. and
HUNTER DOUGLAS INDUSTRIES SWITZERLAND GMBH

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

3FORM, INC., a Utah corporation; and HUNTER DOUGLAS INDUSTRIES SWITZERLAND GmbH, a Swiss limited liability company,

    Plaintiffs,

v.

ROWE FENESTRATION, INC., a California corporation,

    Defendant.

Case No.:  2:12-cv-02849-MCE-EFB

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    The Court having received plaintiffs 3form, Inc.'s and Hunter Douglas Industries Switzerland GmbH's Notice of Dismissal Without Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above-captioned action, including all claims brought in the Complaint, is hereby dismissed without prejudice.

DATED:   January 29, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL